## MUTUAL COAL CO. v. ANGELO.

(Circuit Court of Appeals, Eighth Circuit. September 17, 1917.)

No. 4739.

APPEAL AND ERROR ☞870(6)—MATTERS REVIEWABLE—RULING ON MOTION FOR NEW TRIAL.

The ruling on a motion for new trial is not reviewable on error in the federal courts.

In Error to the District Court of the United States for the District of Colorado; Robert E. Lewis, Judge.

Action at law by John Angelo against the Mutual Coal Company. Judgment for plaintiff, and defendant brings error. Affirmed.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

F. A. Williams, of Denver, Colo., for plaintiff in error.

George Allan Smith, of Denver, Colo., for defendant in error.

Before CARLAND, Circuit Judge, and AMIDON and MUNGER, District Judges.

PER CURIAM. The assignments of error in this case are directed to the ruling of the trial court on motion for a new trial. The sufficiency of the evidence to justify the verdict is raised in no other manner. It is apparent, therefore, that there is nothing presented to us for review.

The judgment below is affirmed. Motion for damages for delay under the rule denied.